**No. 68711.**—Silvine Importers, Inc. *v.* United States, protest 63/3400 (Philadelphia).

Opinion by LAWRENCE, J.   The official papers disclosing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930 (19 U.S.C. § 1514).

BEFORE THE FIRST DIVISION, JULY 7, 1964

**No. 68712.**—Casavan Carrara Marble Co., Inc., et al. *v.* United States, protests 248768–K, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that certain items of the merchandise, manufactured by S.A.R.I.M., consist of opal glass tiles or tiling similar in all material respects to those the subject of Abstract 66630, the claim of the plaintiffs was sustained.

**No. 68713.**—Max Eckardt & Sons, Division of Philips Eckardt Electronic Corp. *v.* United States, protest 64/662 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.